LILLIAN McSTAŸ and Another, as Administrators, etc., Respondents, v. ERIE RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

HANNAH C. DENNIN, Appellant, v. IDA J. ANGLE and Another, as Executors, etc., Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

PETER B. McCAGHEY and Others, Respondents, v. OWEGO WATER WORKS, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.   Hubbs, J., not sitting.

BERTHA STEPHAN, Respondent, v. CITY OF ROCHESTER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Application of WADSWORTH J. ZITTEL and Others, as and Constituting the Trustees of the City and County Hall, etc., for a Peremptory Writ of Mandamus against GEORGE S. BUCK, Mayor, and Others.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Estate of PATRICK JUDGE, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

THOMAS SEARS, as Administrator, etc., Respondent, v. SMITH TRUCKING COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JOSEPHINE A. BEECHER and Another, as Executors; etc., of JAMES C. BEECHER, Deceased, and Another, Appellants, v. PETER A. VOGT MANUFACTURING COMPANY and Others, Respondents.— Motion to amend decision granted.   Order to be settled before Lambert, J., on two days' notice.

FRANK J. BUEHLMAN and Another, Respondents, v. WILLIAM ASELIN, Appellant.— Motion granted and appeal dismissed, with costs, together with ten dollars costs of this motion.

In the Matter of the Application of GEORGE F. WEICK for the Removal of ULYSSES S. McCORMACK and AUTO CLUB GARAGE, INC., from Certain Premises in the City of Buffalo.— Motion granted and appeal dismissed, with costs, together with ten dollars costs of this motion.

FRANCIS E. TERRY, Appellant, v. WILLIAM P. MUNGER, Respondent.— Order granted under section 1298 of the Code of Civil Procedure requiring appellant or his representatives to show cause why the appeal should not be dismissed.

In the Matter of the Last Will and Testament of STEPHEN L. WATKINS, Deceased.— Appeal of Charles L. Sanford dismissed, without costs, upon stipulation filed.   Motion to dismiss appeal of Grace A. Thompson denied upon condition that said appellant give proper undertaking to perfect the appeal within ten days and pay the respondents' attorney ten dollars costs.

In the Matter of the Application for Disbarment of MICHAEL H. SEXTON, an Attorney.— Preliminary objections overruled.   The issues raised by the petition, supplemental petition and answers thereto are referred to Hon. Pardon C. Williams, official referee, to take the proofs and report the same to this court together with his opinion thereon.